UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PEDRO P. ALVARADO,**

      **Plaintiff,**

v.                                          Case No: 6:20-cv-1642-GKS-LHP

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

# ORDER

THIS CAUSE comes before the Court upon Plaintiff, Pedro P. Alvarado's, Unopposed Motion for Fees Pursuant to the Equal Access to Justice Act, (Doc. 25) (Motion). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation). Defendant, Commissioner of Social Security, has not opposed the Motion.

Having reviewed and considered the Report and Recommendation (Doc. 26) entered on January 5, 2022, it is hereby **ORDERED** and **ADJUDGED** as follows:

    1. United States Magistrate Judge Leslie Hoffman Price's Report and Recommendation, (Doc. 26), is **APPROVED** and

**ADOPTED,** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff is eligible to receive an Equal Access to Justice Act award as a prevailing party and the requested attorney's fee is reasonable. Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, (Doc. 25), is **GRANTED,** in accordance with 28 U.S.C. § 2412(d), in the amount of $6,371.08.

3. The Motion is **DENIED** in all other respects.

4. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly, in favor of Plaintiff, Pedro P. Alvarado, and against Defendant, Commissioner of Social Security.

**DONE AND ORDERED** at Orlando, Florida, this ___2___ day of February, 2022.

                                            G. KENDALL SHARP
                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties